COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Daryl Barnes and Demeatrice Goff v. National Housing Development Corporation, Colony LLC

Appellate case number:   01-15-00060-CV

Trial court case number:  2012-34954

Trial court:              129th District Court of Harris County

Appellant's Emergency Motion Requesting Extension of Time to File Appellant's Brief is **DISMISSED AS MOOT**. The record in this case is not complete, therefore appellant's brief is not yet due.

Appellant was sent a notification on March 3, 2015, that a deadline of April 2, 2015 is in place to either make arrangements to pay for the reporter's record or establish indigence by that date, or the Court may require you to file a brief and we may decide your case on issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

We note that appellant attempted to file an affidavit of indigence on February 8, 2015, however that document is dated June 7, 2012, and is therefore not timely in accordance with TEX. R. APP. P. 20.1(c) (stating that the prior filing of an affidavit of indigence in the trial court pursuant to Texas Rule of Civil Procedure 145 does not meet the requirements of this rule). Any affidavit of indigence must be current under Texas Rule of Appellate Procedure 20.1(c).

We further note that the deadline has passed for paying the $195.00 appellate filing fee. If the fee is not paid on or before April 2, 2015, or appellant has not established indigence by that date, this appeal may be dismissed. *See* TEX. R. APP. P. 42.3.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                    X  Acting individually    ☐ Acting for the Court


Date:  March 19, 2015